**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 03-6534**

───────────

TERRY E. COOK,

                              Plaintiff - Appellant,

        versus

ELLEN BLAIR, Dr.,

                              Defendant - Appellee,

        and

ARTHUR F. BEELER; MEDICAL STAFF, FMC Butner,

                              Defendants.

───────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, Chief District Judge.  (CA-02-609-5-BO)

───────────

Submitted:  August 5, 2003        Decided:  November 20, 2003

───────────

Before WIDENER, WILLIAMS, and KING, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Terry E. Cook, Appellant Pro Se.  Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Terry E. Cook appeals the district court's order denying relief on his action filed under Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Cook v. Blair, No. CA-02-609-5-BO (E.D.N.C. Mar. 25, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED